# EXHIBIT 1

LAWRENCE R. ROTHSTEIN
JAY L. ROTHSTEIN
MARIO J. AZZOPARDI
MARISA ROTHSTEIN LaKIND
MICHAEL J. ROTHSTEIN
WILLIAM C. HARSHA
P. DAVID PALMIERE
BENJAMIN S. MANSON
SHIRLENE A. BROWN
ROBERT A. MUCHA

# Rothstein
## law group plc

19068 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075

TELEPHONE: (248) 355-2048
FACSIMILE: (248) 355-2079

July 7, 2025

**\*\* CERTIFIED MAIL, RETURN RECEIPT REQUESTED\*\***
9589 0710 5270 0145 0384 91

Delta Air Lines, Inc.
c/o Resident Agent CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Suite 600
Lansing, MI 48911

    RE:    ***Wayne County Circuit Court Case: 25-009566-NI***
                ***Sarala Nair v. Delta Air Lines, Inc., a foreign corporation***

Dear Sir/Madam:

    Regarding the above-entitled matter, please find enclosed the following documents:

1. Summons
2. Complaint and Demand for Jury Trial

Please handle in your usual matter and feel free to contact our office with any questions.

                                Very truly yours,

                                **ROTHSTEIN LAW GROUP PLC**

                                *Meghan Perna*
                                Meghan R. Perna
                                Legal Assistant to Benjamin S. Manson
Enclosures                        mrp@rothsteinlawgroup.com

| Original - Court | 2nd Copy - Plaintiff |
| 1st Copy- Defendant | 3rd Copy -Return |

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>25-009566-NI<br>Hon. Kathleen M. McCarthy |
|---|---|---|

Court telephone no.: 313-224-5481

| Plaintiff's name(s), address(es), and telephone no(s)<br>Nair, Sarala | v | Defendant's name(s), address(es), and telephone no(s).<br>DELTA AIR LINES, INC., a foreign corporation |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no<br>Michael Julius Rothstein 70240<br>19068 W 10 Mile Rd<br>Southfield, MI 48075-2401 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

■ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

■ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

■ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

■ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

■ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

■ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

■ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ■ this court, ■ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ■ remains ■ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>6/20/2025 | Expiration date*<br>9/19/2025 | Court clerk<br>Jacqueline Ruff |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)     **SUMMONS**     MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**SUMMONS**
Case No.: **25-009566-NI**

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

■ I served ■ personally ■ by registered or certified mail, return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

■ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

■ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

■ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____ on _____
Attachments (if any)                                                                                                        Date and time

_____ on behalf of _____
Signature

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SARALA NAIR,

    Plaintiff,

v.

DELTA AIR LINES, INC., a foreign corporation,

    Defendant.

CASE NO. 25-    -NI

HON.

---

MICHAEL J. ROTHSTEIN (P70240)
BENJAMIN S. MANSON (P66187)
ROTHSTEIN LAW GROUP PLC
Attorneys for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048/ (248) 355-2079 *fax*
mjr@rothsteinlawgroup.com
bsm@rothsteinlawgroup.com

---

There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in this Complaint.

    /s/ Benjamin S. Manson
    BENJAMIN S. MANSON (P66187)

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES Plaintiff herein, SARALA NAIR, by and through her attorneys, ROTHSTEIN LAW GROUP PLC, and in support of her Complaint against Defendant, DELTA AIR LINES, INC., a foreign corporation, shows unto this Honorable Court as follows:

### GENERAL ALLEGATIONS

1.    That Plaintiff, SARALA NAIR, is a resident of the City of Windsor, Ontario,

Canada.

2. That based upon information and belief, Defendant, DELTA AIR LINES, INC., a Delaware corporation, (hereinafter sometimes referred to as "DELTA AIR LINES") and at all times relevant had a place of business and/or conducted business in the County of Wayne, State of Michigan, including commercial airline operations at Detroit Metropolitan Wayne County Airport (DTW) in Romulus, Michigan, and whose Resident Agent is CSC-Lawyers Incorporating Service Company, 3410 Belle Chase Way, Ste. 600, Lansing, Michigan 48911.

3. Plaintiff, SARALA NAIR, hereby complains against Defendant DELTA AIR LINES, INC., alleging that due to the Defendant's negligence, Plaintiff suffered injuries and damages while aboard the plane operated by the Defendant on February 3, 2023, out of Detroit Metro Airport, and now seeks compensation for said injuries and damages.

4. That the amount in controversy herein exceeds the sum of Twenty-Five Thousand and 00/100 ($25,000.00) Dollars, exclusive of interest, costs, and attorney fees.

## COUNT I – NEGLIGENCE

5. Plaintiff herein reincorporates and realleges Paragraphs 1 through 4 of the General Allegations of this Complaint with the same force and effect as if same were set forth in full hereunder, and further states:

6. On or about February 3, 2023, Plaintiff was a fare-paying passenger aboard Delta Flight No. DL0098 at DTW, that was operated by Defendant DELTA AIR LINES, scheduled to travel from Detroit, Michigan to Paris, France and on to Bombay, Mumbai.

7. Prior to, during or after boarding the plane, a Delta employee, acting within the course and scope of their employment, was assisting with the placement of luggage and/or other items in an overhead bin located directly above Plaintiff's seat or adjacent thereto.

8. Specifically, the Delta employee, whose identity is presently unknown to Plaintiff but known to Defendant, improperly, negligently, and/or carelessly handled, moved or otherwise disturbed the luggage and/or other items in the overhead bin.

9. As a direct and proximate result of the Delta employee's improper handling of the luggage and/or other items in the overhead bin, said item(s) were caused to fall out of the overhead storage compartment, striking Plaintiff directly on the head, causing her to sustain serious and debilitating injuries.

10. At all times relevant hereto, Plaintiff exercised due care and caution for her own safety.

11. At all times relevant hereto, Delta, through its employees, agents, and/or servants, owed a duty of care to Plaintiff, as a passenger, to provide a safe environment, ensure the proper stowage of luggage, and prevent foreseeable harm.

12. Delta, through its employee(s), breached their duty of care by:

   A. Failing to adequately secure the overhead compartment(s) on the plane;

   B. Improperly placing and/or moving luggage and/or other items in the overhead compartment;

   C. Failing to properly supervise its employees in the safe handling and stowage of luggage;

   D. Failing to warn Plaintiff of the dangerous condition created by the improperly stowed luggage;

   E. Otherwise acting carelessly and negligently in the handling of passenger luggage;

   F. Failing to properly maintain the aircraft;

   G. Failure to provide sufficient safety instructions to passengers;

    H. Committing other acts and/or omissions which constitute breaches of duties owed Plaintiff with respect to the operation of the subject flight, which Plaintiff reserves the right to add at a later date.

13. That in the happening of the aforesaid accident, Plaintiff herein was not negligent.

14. That as a direct and proximate result of the aforementioned breaches of duties and negligence of Defendant, Plaintiff was caused to and will likely continue to suffer severe, serious, painful, permanent, and/or disabling injuries, physical and/or psychological.

15. That as a direct and proximate result of the aforementioned negligence and breaches of duties of Defendant, Plaintiff herein was made to suffer serious and disabling injuries; including but not limited to injuries to her skeletal, nervous, cardiovascular and/or musculoskeletal systems, and injuries to the muscles, tendons, ligaments, nerves, bones and tissues of her head, back, neck, and/or other parts of her body, and/or aggravation of pre-existing conditions as well as other serious and disabling injuries, the nature and extent of which are not completely known at this time.

16. That as a result of the aforesaid accident, Plaintiff suffered, and will likely continue to suffer, great pain, discomfort, embarrassment, mental anguish, psychological trauma, depression, gross anxiety, and inconvenience.

17. That prior to the accident, Plaintiff herein was in reasonably good health and was able to and did participate in most of the usual activities of life, but since said accident, Plaintiff has been under medical care and in a state of continued pain, stress, and discomfort, all preventing her from engaging in many of those activities she engaged in prior to the accident.

18. That as a direct and proximate result of the subject automobile accident, Plaintiff, was made to suffer serious and disabling injuries as hereinabove described.

19. That as a direct and proximate result of the accident and the injuries Plaintiff sustained therein, Plaintiff has sought and obtained continued medical treatment and attention, including, but not limited to hospital, doctor, therapist, and/or nursing services, and will likely require medical treatment in the future.

WHEREFORE, Plaintiff herein, SARALA NAIR, prays that this Honorable Court grant judgment in favor of Plaintiff and against Defendant, DELTA AIR LINES, INC., in whatever amount Plaintiff is found to be entitled, together with interest, costs, and attorney fees.

    Respectfully submitted,

    ROTHSTEIN LAW GROUP, PLC

    /s/ Benjamin S. Manson
    BENJAMIN S. MANSON (P66187)
    Attorney for Plaintiff
    19068 W. Ten Mile Road
    Southfield, MI 48075
Dated: June 19, 2025    (248) 355-2048

Jacqueline Ruff   6/20/2025 8:00 AM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   25-009566-NI

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SARALA NAIR,

    Plaintiff,

v.

DELTA AIR LINES, INC., a foreign corporation,

    Defendant.

CASE NO. 25-          -NI

HON.

---

MICHAEL J. ROTHSTEIN (P70240)
BENJAMIN S. MANSON (P66187)
ROTHSTEIN LAW GROUP PLC
Attorneys for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048/ (248) 355-2079 *fax*
mjr@rothsteinlawgroup.com
bsm@rothsteinlawgroup.com

---

## DEMAND FOR JURY TRIAL

NOW COMES Plaintiff herein, SARALA NAIR, by and through her attorneys, ROTHSTEIN LAW GROUP PLC, and hereby demands a trial by jury as to any and all issues so triable in the captioned matter.

    Respectfully submitted,

    ROTHSTEIN LAW GROUP, PLC

    /s/ Benjamin S. Manson
    BENJAMIN S. MANSON (P66187)
    Attorney for Plaintiff
    19068 W. Ten Mile Road
    Southfield, MI 48075
Dated: June 19, 2025    (248) 355-2048





Rothstein Law Group PLC
19068 West Ten Mile Road
Southfield, MI 48075

Delta Air Lines, Inc.
c/o Resident Agent CSC-Lawyers Incorporating Service
3410 Belle Chase Way, Suite 600
Lansing, MI 48911