# EXHIBIT 1

**DELTA STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SARALA NAIR,

    Plaintiff,

vs.

DELTA AIR LINES, INC.,

    Defendant.

Case No. 25-cv-
Hon.
Magistrate

_____

## DECLARATION UNDER 28 U.S.C. § 1746 OF JESSE SCHOONOVER

1. I am Jesse Schoonover, a Program Leader – Executive Correspondence Team for Delta Air Lines, Inc.

2. I am over the age of 18 and I have personal knowledge of the matters contained in this declaration and am competent to testify on these matters.

3. I am a trained and qualified within Reservations & Customer Care for Delta and have worked in this division for more than 7 years.

4. Due to my training and experience, I am familiar with Delta's Passenger Name Record ("PNR"), which is a document Delta routinely generates for each of its passengers.

5. The PNR is an important digital record that contains all of a passenger's information and the details of their travel, including details like the passenger's name and contact information; their flight number and itinerary,

175047641v1

including all departure and arrival times; and the passenger's special requests, if any. If a passenger is injured aboard an aircraft, it's standard practice to include information about the passenger's injury in the PNR.

6. Attached hereto as Exhibit A, which I have reviewed and about which I am able to testify competently, is a true and accurate copy of Plaintiff Sarala Nair's PNR for her February 3, 2023, travel aboard Delta's Flight DL0098 from Detroit, Michigan (DTW) to Paris, France (CDG) and Delta's 8705 from Paris, France (CDG) to Mumbai, India (BOM), with an intermediate stop in Paris, . Plaintiff's PNR (at pg. 3) shows that Plaintiff's flight was scheduled to arrive in Mumbai on February 5, 2023.

7. Also attached hereto as Exhibit B is a true and accurate copy of Plaintiff's electronic ticket for her February 3, 2023, travel from Detroit to Mumbai, which also shows a scheduled February 5, 2023, arrival date.

8. The PNR states (at pgs. 1-2) that Plaintiff was taken to the hospital instead of departing on Delta Flight DL0098, so her February 3, 2023, carriage was stopped on that date.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed: _Jesse Schor_____
            [Delta Employee]
Dated: 08/04/2025_____

175047641v1

# EXHIBIT A

```
DL RLOC              HRWPER
CREATION DATA:         17:45 Z    DATE  09 JAN 2023    DUTY CODE  1S    SIGNATURE  RM     CITY  HDQ
              AGENT SET:          SECURITY ID:
THIS PNR: WAS ORIGINATED BY TELETYPE
PASSENGER NAMES: 01NAIR/SARALAMOHANMRS
REC LOCATR                   HDQ1SQKYAHG/NH22/45544925/DFW/1S/T/US/USD
TICKET/INVOICE NUMBER DATA
 1.01 NAIR/SARALAMOHANMRS       0067862671118      21MAR23 E
TICKETING:  TK/TE/TL30/03FEB1907/DTW
TKI DATA                    S/01DL DTWCDG
TKI DATA                    S/02DL CDGBOM
TKI DATA                    V/IT
TKI DATA                    T/ITINVOL
FARE                        4PP A-USD   767.00 TX 650.26         TTL   1417.26 KR03FEB
FARE CALC                   A DTT DL X/PAR DL BOM M /IT  DL X/PAR DL DTT M /IT   IT /IT
                              PLUS /IT END  IT1.00 XFDTW4.5
REMARKS
    |FAIL/1847/03FEB/DTW/KR
    0127428528149 DL    CDG   46A2E    1AET0062149150445201.         A 3
    **STORMX HTL FOUR POINTS BY SHERATON - DETROIT METR 8800
    WICKHAM ROAD AT AP
    BOOKED BY NAIR/SARALAMOHANMRS AT 0356A 04FEB **
    **STORMX MEAL USD - 30.0 OFFERED TO NAIR/SARALAMOHANMRS **
    **STORMX GRND-TRANSPORTATION BOOKED **
    **IROP INFORMATION FOR 05FEB23**
    DL8705 05FEB23 CDGBOM 1125A 1205A HK*35MIN LATER DEPT
    CNS - UNRBK 509A 5FEB23
    PAX ADVZD AT SNAIR.CA@GMAIL.COM - CNS 509A 5FEB23
    OSI DL FF9159632174-NAIR/SARALAMOHANMRS
    OSI DL FF9159632174-NAIR/SARALAMOHANMRS
    OSI DL FF9159632174-NAIR/SARALAMOHANMRS
    OSI DL FF9159632174-NAIR/SARALAMOHANMRS
SPCL RMKS DATA
    TO DL BY 12JAN 2359 DFW OTHERWISE MAY BE XLD
    TO DL BY 12JAN FARE MAY NEED EARLIER TKT DTE
    PLS NOTE FARE RULES MAY REQUIRE AN EARLIER TKT DTE
    FAILURE TO TKT BY EARLIER DTE MAY RESULT IN DEBITMEMO
    RIR AUTO PROCESS 2359 12JAN23
    RIR RULE 5200- SET 2023 JAN 09
    IROP-0098/03FEB23DTWCDG1830/FLT DLYD-2334Z DLN 00001
    PAX WAS SEATED IN 55C // A BAG FROM OVERHEAD BIN FELL ON
    HER HEAD // WAS CHECKED BY A DOCTOR ON THE FLGIHT
    AND DECISION WAS MADE BY CAPTAIN THAT PAX NEEDED TO SEE
    EMS FOR FULL EVAULATION // DTW/03FEB/GATE
    PAX WAS TRANSPORTED TO THE HOSPITAL // KINDLY
    ASSIT WITH HTL AND MEAL VOUCHERS IF PAX RETURNS TO
```

```
        THE AIRPORT TONIGHT
        DTW/03FEB/GATE
        VISA RQD Y HF/22E42B/381183/DTW/04FEB/0352Z/PHB087484
        IROP-8705/05FEB23CDGBOM1050/FLT DLYD-0930Z DLN 00008
        IROP-8706/23MAR23BOMCDG0205/FLT DLYD-2049Z DLN 00003
        IROP-0097/23MAR23CDGDTW1030/FLT DLYD-1005Z DLN 00004
FACTS
        OSI TYPE A
        OSI DL CTCP DFW519 257 5562 C
        OSI DL CTCT DFW514 286 9747 A
        SSRJTOPDLHK1*8706/23MAR*AF0217U
        SSROTHSDLMISSING SSR CTCM MOBILE OR SSR CTCE EMAIL OR SSR CTCR NON-CONSENT FOR AF
        SSRACKNDLHK/1A4AHHGK09JAN1745Z$
        SSRACKNDLHK/1A4AHHGK09JAN1745Z*
        SSRRLOCDLHK/MUC1A4AHHGK
        SSRCTCEDLHK1/SNAIR.CA//GMAIL.COM/EN
        SSRCTCMDLHK1/5192575562/EN
        OSI DL FF9159632174-NAIR/SARALAMOHANMRS
        SSRTKNEDLHK1*8706/23MAR*0067862671118C3
        SSRPCTCDLHK1*NAIR/SARALAMOHANMRS*/1-NAIR/2-SARALAMOHANMRS/8-DECLINED
        SSRACKNDLHK/1A4AHHGK03FEB2343Z*
        SSRRLOCDLHK/MUC1A4AHHGK
        SSROTHSDLMISSING SSR CTCM MOBILE OR SSR CTCE EMAIL OR SSR CTCR NON-CONSENT FOR AI
        SSRJTOPDLHK1*8705/05FEB*AF0218Y
        SSRACKNDLHK/1A4AHHGK04FEB0006Z$
        SSRACKNDLHK/1A4AHHGK04FEB0006Z*
        SSRRLOCDLHK/MUC1A4AHHGK
        SSRTKNEDLHK1*8705/05FEB-NAIR/SARALAMOHANMRS*0062149150445C2
        SSRNSSTDLHK1*8705/05FEB-NAIR/SARALAMOHANMRS*46A
        OSI DL PRL SEAT DL8705 05FEB CDGBOM 46A - NAIR/SARALAMOHANMRS
        SSRTKNEDLHK1*0097/23MAR-NAIR/SARALAMOHANMRS*0067862671118C4
        SSRNSSTDLHK1*8706/23MAR-NAIR/SARALAMOHANMRS*17C
        OSI DL PRL SEAT DL8706 23MAR BOMCDG 17C - NAIR/SARALAMOHANMRS
        SSRNSSTDLHK1*97/23MAR-NAIR/SARALAMOHANMRS*45C
        OSI DL PRL SEAT DL0097 23MAR CDGDTW 45C - NAIR/SARALAMOHANMRS
        SSRCTCEAFHK1/SNAIR.CA//GMAIL.COM/EN
        SSRCTCMAFHK1/5192575562/EN
        SSR ADTK 1S TO DL BY 12JAN 2359 DFW OTHERWISE MAY BE XLD
        SSR ADTK 1S TO DL BY 12JAN FARE MAY NEED EARLIER TKT DTE
        SSRCTCEKLHK1/SNAIR.CA//GMAIL.COM/EN
        SSRCTCMKLHK1/5192575562/EN
        SSRFQTVKLHK/DL9159632174-NAIR/SARALAMOHANMRS
        SSRCTCEAIHK1/SNAIR.CA//GMAIL.COM/EN
        SSRCTCMAIHK1/5192575562/EN
        SSRFQTVAFHK/DL9159632174-NAIR/SARALAMOHANMRS
ITINERARY:         CARRIER  FLT #  CLASS   FLT DATE     ORG  DST   STATUS  NBR  DPT TIME    ARR TIME     RD
                   DL       98     Y       04 FEB 2023  DTW  CDG   IP/HK   01   6:30 PM     8:15 AM+1   RD
                   SEAT     98             04 FEB 2023  DTW  CDG   CI/ON   33B      NAIR/SARALAMOHANMRS
```

```
            DL       8705     Y     05 FEB 2023    CDG  BOM     IP/HK    01   10:50 AM      12:05 AM+1  RD
            SEAT     8705           05 FEB 2023    CDG  BOM       /PN         NAIR/SARALAMOHANMRS
            DL       8706     U     23 MAR 2023    BOM  CDG     DK/HK    01    2:05 AM       7:25 AM    RD
            SEAT     8706           23 MAR 2023    BOM  CDG       /PN         NAIR/SARALAMOHANMRS
            DL         97     U     23 MAR 2023    CDG  DTW     DK/HK    01   10:30 AM       2:30 PM    RD
            SEAT       97           23 MAR 2023    CDG  DTW     XR/PN         NAIR/SARALAMOHANMRS

HISTORY
       AG   OSI DL CTCP DFW519 257 5562 C
       AG   OSI DL CTCT DFW514 286 9747 A
       AG   SSRJTOPDLHK1*8705/04FEB*AF0218T
       AG   SSRJTOPDLHK1*8706/23MAR*AF0217U
       AS   DL         98     T     03 FEB 2023    DTW  CDG     DK/DK    01    6:30 PM       8:15 AM+1  RD
       AS   DL       8705     T     04 FEB 2023    CDG  BOM     DK/DK    01   10:50 AM      12:05 AM+1  RD
       AS   DL       8706     U     23 MAR 2023    BOM  CDG     DK/DK    01    2:05 AM       7:25 AM    RD
       AS   DL         97     U     23 MAR 2023    CDG  DTW     DK/DK    01   10:30 AM       2:30 PM    RD
       AV   00001 DTWBOM DTWCDG 0038 -9961  DTWBOM 0466 US         00626       0075 V        V  00515 0466 00000 0000 00
            15 0466
       AV   00002 DTWBOM CDGBOM 0428 0428  INT001 0466 **          00219       0000 YX       YX 00000 0000 00000 0000 00
            00 0000
       AV   00003 BOMDTW BOMCDG 0488 0488  INT001 0532 **          00276       0000 YX       YX 00000 0000 00000 0000 00
            00 0000
       AV   00004 BOMDTW CDGDTW 0044 -9955  BOMDTW 0532 US         00776       0231 T        T  00626 0532 00000 0000 00
            26 0532
       PS   DFW  1S T45544920 NH22             DFWUS     1S  DTW  US S
       AF   DOCS*NAIR/SARALAMOHANMRS*/////28NOV57/F//NAIR/SARALA/MOHAN
09 JAN 2023   1745 Z                    077B33 HDQ1SRMDTW   US
       AG   SSROTHSDLMISSING SSR CTCM MOBILE OR SSR CTCE EMAIL OR SSR CTCR NON-CONSENT FOR AF
09 JAN 2023   1745 Z                    000000 MUC1ARM
       AG   SSRACKNDLHK/1A4AHHGK09JAN1745Z$
09 JAN 2023   1745 Z                    077B33 HDQ1SRM
       AG   SSRACKNDLHK/1A4AHHGK09JAN1745Z*
       AG   SSRRLOCDLHK/MUC1A4AHHGK
09 JAN 2023   1745 Z                    000000 MUC1ARM
       DS   DOCS*NAIR/SARALAMOHANMRS*/////28NOV57/F//NAIR/SARALA/MOHAN
       AF   DOCS*NAIR/SARALAMOHANMRS*/////28NOV57/F//NAIR/SARALA/MOHAN
09 JAN 2023   1745 Z                    000000 HDQ1SRM
       AG   SSRCTCEAFHK1/SNAIR.CA//GMAIL.COM/EN
       AG   SSRCTCMAFHK1/5192575562/EN
       AG   SSRCTCEDLHK1/SNAIR.CA//GMAIL.COM/EN
       AG   SSRCTCMDLHK1/5192575562/EN
09 JAN 2023   1746 Z                    000000 HDQ1SRM
       QP   QR-XAR/004
09 JAN 2023   1815 Z     D010662       05ED2A ATLGSAX
       AG   SSR ADTK 1S TO DL BY 12JAN 2359 DFW OTHERWISE MAY BE XLD
       AG   SSR ADTK 1S TO DL BY 12JAN FARE MAY NEED EARLIER TKT DTE
09 JAN 2023   1830 Z     D010662       ABE723 ATLGSAX-RCVD RIR
       AF   OSI DL FF9159632174-NAIR/SARALAMOHANMRS
```

```
09 JAN 2023  2158 Z             000000 HDQ1SRM
     AT  SSRTKNEDLHK1*8705/04FEB-NAIR/SARALAMOHANMRS*0067862671118C2
     AT  SSRTKNEDLHK1*8706/23MAR-NAIR/SARALAMOHANMRS*0067862671118C3
     AT  SSRTKNEDLHK1*0097/23MAR-NAIR/SARALAMOHANMRS*0067862671118C4
     AT  TK/TE/TL30/09JAN1859/ATL
     TI  0067862671118    vENAIR/SARALAMOHANMRS
AGENCY ETKT 09JAN2359Z
     DS  SSRTKNEDLHK1*8705/04FEB-NAIR/SARALAMOHANMRS*0067862671118C2
     DS  SSRTKNEDLHK1*8706/23MAR-NAIR/SARALAMOHANMRS*0067862671118C3
     DS  SSRTKNEDLHK1*0097/23MAR-NAIR/SARALAMOHANMRS*0067862671118C4
     AT  SSRTKNEDLHK1*98/03FEB*0067862671118C1
     AT  SSRTKNEDLHK1*8705/04FEB*0067862671118C2
     AT  SSRTKNEDLHK1*8706/23MAR*0067862671118C3
     AT  SSRTKNEDLHK1*97/23MAR*0067862671118C4
10 JAN 2023  0000 Z             000000 HDQ1SRM
     SR  SPCL-** REJ PRESENT **
12 JAN 2023  0602 Z    2082055    6B2F3A VBLTRMM-RCVD HDQRM1S/REMOVED SP
     QP  QR-RPQ/331
12 JAN 2023  0603 Z    2082055    6B2F3A VBLTRMM
     AS  SEAT   /RS 55C  NAIR/SARALAMOHANMRS      DL  98 03FEB DTWCDG
02 FEB 2023  2306 Z    D027858    38C310 ATLSUBC
     AS  SEAT   /RS 45C  NAIR/SARALAMOHANMRS      DL  97 23MAR CDGDTW
03 FEB 2023  0041 Z    D027858    38A013 ATLSUBC
         PSGR NAIR/SARALAMOHANMRS
     AB  BAG DL0098/03FEB DTWCDG BOM NOBAG
     AB  BAG DL8705/04FEB CDGBOM BOM NOBAG
03 FEB 2023  0045 Z    D014357    1D5810 DTWFTWW
     DS  DOCS*NAIR/SARALAMOHANMRS*/////28NOV57/F//NAIR/SARALA/MOHAN
     AF  DOCS*NAIR/SARALAMOHANMRS*/P/CAN/HB087484/CAN/28NOV57/F/08JAN26/NAIR/SARALA MOHAN/VFY
     AF  DOCA*NAIR/SARALAMOHANMRS*/R/IND
     AF  DOCS*NAIR/SARALAMOHANMRS*/////28NOV57/F//NAIR/SARALA/MOHAN
03 FEB 2023  2041 Z     381183     230C32 DTWPDHF
     AG  SSRPCTCDLHK1*NAIR/SARALAMOHANMRS*/1-NAIR/2-SARALAMOHANMRS/8-DECLINED
     DS  DOCS*NAIR/SARALAMOHANMRS*/////28NOV57/F//NAIR/SARALA/MOHAN
     AF  DOCS*NAIR/SARALAMOHANMRS*/////28NOV57/F//NAIR/SARALA/MOHAN
03 FEB 2023  2041 Z     381183     22DF16 DTWPDHF
     SC  SEAT RS/CI 55C  NAIR/SARALAMOHANMRS      DL  98 03FEB DTWCDG
     AS  SEAT RS/CI 44B  NAIR/SARALAMOHANMRS      DL8705 04FEB CDGBOM
BP/BCN   PD HF DTW  03FEB2041Z 381183 231F10
         PSGR NAIR/SARALAMOHANMRS
     XB  BAG DL0098/03FEB DTWCDG BOM NOBAG
     XB  BAG DL8705/04FEB CDGBOM BOM NOBAG
     AB  BAG DL0098/03FEB DTWCDG BOM 7006 DL044267/052 LBS
     AB  BAG DL8705/04FEB CDGBOM BOM 7006 DL044267/052 LBS
03 FEB 2023  2042 Z     381183     232F37 DTWPDHF
         PSGR NAIR/SARALAMOHANMRS
     AB  BAG DL0098/03FEB DTWCDG BOM 7006 DL032784/052 LBS
     AB  BAG DL8705/04FEB CDGBOM BOM 7006 DL032784/052 LBS
```

```
03 FEB 2023   2043 Z        381183       232F16 DTWPDHF
      SC   SEAT CI/ON 55C   NAIR/SARALAMOHANMRS       DL  98 03FEB DTWCDG
A@O DTW PD/KS 03FEB2249Z  244597  375D22
      SC   DL     98     T   03 FEB 2023   DTW  CDG   DK/HK   01   6:30 PM     8:15 AM+1  RD
IROP-ADD   FT FT OSS 03FEB2334Z
      SC   SEAT ON/CI 55C   NAIR/SARALAMOHANMRS       DL  98 03FEB DTWCDG
A@F DTW PD/GL 03FEB2337Z  016323  235828
      XS   SEAT CI/XC 55C   NAIR/SARALAMOHANMRS       DL  98 03FEB DTWCDG
03 FEB 2023   2338 Z        867466       147019 DTWPDKR
      XS   SEAT CI/XC 44B   NAIR/SARALAMOHANMRS       DL8705 04FEB CDGBOM
03 FEB 2023   2338 Z        867466       147019 DTWPDKR
      SC   DL     98     T   03 FEB 2023   DTW  CDG   DK/HK   01   6:30 PM     8:15 AM+1  RD
IROP-ADD   FT FT OSS 03FEB2342Z
      XS   DL     98     T   03 FEB 2023   DTW  CDG   DK/HK   01   6:30 PM     8:15 AM+1  RD
      XS   DL   8705    T   04 FEB 2023   CDG  BOM   DK/HK   01  10:50 AM    12:05 AM+1  RD
      DS   SSRTKNEDLHK1*98/03FEB*0067862671118C1
      DS   SSRJTOPDLHK1*8705/04FEB*AF0218T
      DS   SSRTKNEDLHK1*8705/04FEB*0067862671118C2
      AG   SSRCTCEKLHK1/SNAIR.CA//GMAIL.COM/EN
      AG   SSRCTCMKLHK1/5192575562/EN
      AF   SSRFQTVKLHK/DL9159632174-NAIR/SARALAMOHANMRS
      AG   SSRJTOPDLHK1*9574/04FEB*KL0871Y
      AS   DL    136     Y   03 FEB 2023   DTW  AMS   IP/SS   01   8:40 PM    10:25 AM+1  RD
      AS   DL   9574     Y   04 FEB 2023   AMS  DEL   IP/SS   01  12:25 PM     1:10 AM+1  RD
      AV   00005 DTWDEL DTWAMS 0000 -9999 DTWDEL 1021 US        04007      1336 V        V  00582 1021 00000 0000 00
           82 1021
      AV   00006 DTWDEL AMSDEL 1021 1021  INT001 1021 **        01019      0000 YX        YX 00000 0000 00000 0000 00
           00 0000
      PS   DTW  DL A      DTW    PD KR DTWUSDTW  DL   DTW  US S
03 FEB 2023   2343 Z        867466       147019 DTWPDKRDTW  US
      SR   SPCL-VISA RQD Y HF/230C32/381183/DTW/03FEB/2041Z/PHB087484
      DS   DOCS*NAIR/SARALAMOHANMRS*/P/CAN/HB087484/CAN/28NOV57/F/08JAN26/NAIR/SARALA MOHAN/VFY
      DS   DOCA*NAIR/SARALAMOHANMRS*/R/IND
      DS   DOCS*NAIR/SARALAMOHANMRS*//////28NOV57/F//NAIR/SARALA/MOHAN
      AF   DOCS*NAIR/SARALAMOHANMRS*/P/CAN/HB087484/CAN/28NOV57/F/08JAN26/NAIR/SARALA MOHAN/VFY
      AF   DOCA*NAIR/SARALAMOHANMRS*/R/IND
      AF   DOCS*NAIR/SARALAMOHANMRS*//////28NOV57/F//NAIR/SARALA/MOHAN
03 FEB 2023   2343 Z        D027265      22B016 ATLPDSA
      AG   SSRACKNDLHK/1A4AHHGK03FEB2343Z*
      AG   SSRRLOCDLHK/MUC1A4AHHGK
03 FEB 2023   2343 Z                     000000 MUC1ARM
           PSGR NAIR/SARALAMOHANMRS
      AB   BAG DL0136/03FEB DTWAMS DEL 7006 DL044267/052 LBS
      AB   BAG DL9574/04FEB AMSDEL DEL 7006 DL044267/052 LBS
03 FEB 2023   2346 Z        D008968      000000 DTWSUBT
           PSGR NAIR/SARALAMOHANMRS
      AB   BAG DL0136/03FEB DTWAMS DEL 7006 DL032784/052 LBS
      AB   BAG DL9574/04FEB AMSDEL DEL 7006 DL032784/052 LBS
```

```
03 FEB 2023  2346 Z      D008968     000000 DTWSUBT
    IO  FAIL/1847/03FEB/DTW/KK
```

# EXHIBIT B

# TravelBrands
## INTAIR FLIGHTS

| Travel agency : | THE TRAVEL AGENT NEXT DOOR INC | ELECTRONIC TICKET |
| --- | --- | --- |
| | 55 YORK STREET | |
| | SUITE 1003 | |
| | TORONTO, ON. | Date of issue : 09JAN23 |
| | M5J 1R7 | TravelBrands file Number : QKYAHG |

| PASSENGER(S) | TICKET NO. | Issuing airline |
| --- | --- | --- |
| NAIR/SARALA MOHAN MRS | 006 7862671118 | Delta Air Lines |

\* The spelling of the passenger's names must be identical as the ones shown on their passport

## ITINERARY

| FLIGHT NO. | AIRLINE BOOKING NO. | FROM | TO | FLIGHT TIME | EQUIPMENT | SEAT | CLASS | FREE BAGGAGE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Delta Air Lines DL0098 | HRWPER | Detroit Metro,MI (DTW) Fri, 03 February 2023 18h30 - E.h. Mcnamara | Paris Charles de Gaulle (CDG) Sat, 04 February 2023 08h15 - Aerogare 2 Term E | 7h4min Meal : Dinner | 333 | -- | T | 2 piece(s) |
| Delta Air Lines DL8705 Operated by air france | HRWPER | Paris Charles de Gaulle (CDG) Sat, 04 February 2023 10h50 - Aerogare 2 Term E | Bombay Mumbai (BOM) Sun, 05 February 2023 00h05 | 8h4min Meal : Lunch | 77W | -- | T | 2 piece(s) |
| Delta Air Lines DL8706 Operated by air france | HRWPER | Bombay Mumbai (BOM) Thu, 23 March 2023 02h05 - Terminal 2 Domestic | Paris Charles de Gaulle (CDG) Thu, 23 March 2023 07h25 - Ernationalaerogare 2 | 9h50min Meal : Breakfast | 359 | -- | U | 2 piece(s) |
| Delta Air Lines DL0097 | HRWPER | Paris Charles de Gaulle (CDG) Thu, 23 March 2023 10h30 - Aerogare 2 Term E | Detroit Metro,MI (DTW) Thu, 23 March 2023 14h30 - E.h. Mcnamara | 9h00min Meal : Lunch | 333 | -- | U | 2 piece(s) |

## NOTES

**Checked Baggage**
Please confirm the baggage allowance and fees for this itinerary directly with the carriers involved.
Delta Air Lines                http://www.delta.com/traveling_checkin/baggage/checked/index.jsp

Secure Flight Program:
TSA (Transportation Security Administration) requires passengers to provide airlines with their date of birth and gender. Failure to do so or providing the incorrect data may result in additional screening, increased check-in time, denial of boarding and/or booking cancellation. To comply with TSA Secure Flight requirements, we require all passengers date of birth and gender AT TIME OF BOOKING. For existing booking without secure flight data, date of birth and gender are required no later than 72 hours prior to departure.

Passport and Visa:
Make sure your passengers have all the necessary documents (passport and/or visa) for all stopovers, transfers and destinations included in their itinerary.

Registration of Canadians abroad
The Foreign Affaires and International Trade Canada offers a registration service for all Canadians travelling or living abroad. This service is provided so that we can contact and assist you in an emergency in a foreign country, such as a natural disaster or civil unrest, or inform you of a family emergency at home. To register go to www.travel.gc.ca/register

At boarding, all passengers are required to show their proper IDs and/or travel documents
It is recommended to check your flight status at least 24 hours before departure in order to be aware of last minute changes

\*\*\* Many carriers offer online check in facility 24 hours prior departure.  Please visit the airlines' website to take advantage of this free service. \*\*\*

Link to the Varsovie convention http://laws-lois.justice.gc.ca/PDF/C-26.pdf